**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-1975**

GRICER BERNARD,

　　　　　　　Plaintiff - Appellant,

　　　v.

MEGAN J. BRENNAN, Postmaster General,

　　　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., Chief District Judge.  (1:15-cv-00777-WO-LPA)

Submitted:  March 14, 2017　　　　Decided:  March 16, 2017

Before FLOYD and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kirk J. Angel, ANGEL LAW FIRM, PLLC, Concord, North Carolina, for Appellant.  Steven N. Baker, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gricer Bernard appeals the district court's order granting Megan J. Brennan's motion to dismiss Bernard's amended complaint alleging retaliation under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2016). We have considered Bernard's arguments and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Bernard v. Brennan, No. 1:15-cv-00777-WO-LPA (M.D.N.C. June 28, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED